**Opinion filed September 27, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00223-CR

_____

## BRIAN HARRISON SIMS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR25839**

## M E M O R A N D U M   O P I N I O N

Brian Harrison Sims, Appellant, has filed a motion to dismiss his appeal. In the motion, Appellant indicates that he no longer wishes to prosecute an appeal in this cause. Attached to the motion is a document in which Appellant explains why he no longer wishes to pursue this appeal. The motion is signed by Appellant's counsel, and the document attached to the motion is signed by Appellant and his counsel. Consequently, we dismiss the appeal pursuant to TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

PER CURIAM

September 27, 2018

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.